UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN G. WESTINE, JR., | |
| Petitioner, | No. EDCV 16-1692-R (AJW) |
| vs. | |
| WARDEN, UNITED STATES PENITENTIARY, VICTORVILLE, | JUDGMENT |
| Respondent. | |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 9-7-2016.

_____
Manuel L. Real
United States District Judge